**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Johnny L. Jones
Avoyelles Correctional Center DOC No. 87
675 Government Street
Marksville LA 71351

**REHEARING ACTION: June 26, 2013**

**Docket Number: 13   00367-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JOHNNY L. JONES**

**Writ Application from Allen Parish Case No. 2013-F-0353**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. James T. Genovese**
   **Hon. Shannon J. Gremillion**
   **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Johnny L. Jones** has this day been

   **DENIED.**

cc: Herbert Todd Nesom, Counsel for  the Respondent